O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COLLINS, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN DOES,<br><br>        Defendant. | Case No. CV 12-05269 DDP (MANx)<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION** |

The parties are ordered to show cause, in writing of no more than five pages, why this case should not be dismissed for lack of personal jurisdiction over the John Doe Defendants. Submissions shall be filed no later than August 2, 2012. In light of the court's jurisdictional concerns, the order allowing for the issuance of Rule 45 subpoenas prior to the Rule 26(f) schedule conference (Dkt. No. 7) is VACATED until such time as the court resolves the jurisdictional issue.

IT IS SO ORDERED.

Dated: July 19, 2012

DEAN D. PREGERSON
United States District Judge